NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000653
12-SEP-2019
08:35 AM

NO. CAAP-17-0000653

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ELIZABETH WOOD, also known as PAULINE ELIZABETH WOOD,
Plaintiff-Appellee v. WILLIAM A. HAIRE, Defendant-Appellant,
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND
DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC17-1-1830)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of Defendant-Appellant William A.
Haire's (Haire) June 26, 2019 Motion to Dismiss the Appeal, the
papers in support, the lack of an opposition, and the record,

IT IS HEREBY ORDERED that the motion is granted and the
appeal is dismissed.

DATED: Honolulu, Hawai'i, September 12, 2019.

Chief Judge

Associate Judge

Associate Judge